J. Dennis O'Hagan, Appellant, v. Frederick J. H. Kracke, William J. Wason, Jr., Individually and as Trustees under a Certain Deed of Trust Made by Mary E. Luckenbach on or about May 28th, 1918, and Elizabeth Lathan, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Agnes H. Perkins, Herman Perkins and Marguerite Perkins Schaeffer, Respondents, v. R. H. Macy & Co., Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Hermann Schroeder and Johanna M. Schroeder, Appellants, v. The Dime Savings Bank of Brooklyn, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Stephen Szecsy, Respondent, v. Cushman's Sons, Inc., and Jack Heaslip, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Westput Realty Corporation, Respondent, v. Alice Bugbee Ward, Individually and as Executrix, etc., of Grace L. Fenton, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.